IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARK RONALD NEW,

    Petitioner,    No. 2:11-cv-00999-AC

  v.

RICK COURSEY,        ORDER

    Respondent.

HERNÁNDEZ, District Judge:

  Magistrate Judge Acosta issued a Findings and Recommendation [57] on December 18, 2014, in which he recommends that this Court deny Petitioner's petition for a writ of habeas corpus [2] and dismiss this proceeding. Additionally, Magistrate Judge Acosta recommends that this Court deny Petitioner a certificate of appealability. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

  Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's

1 - ORDER

report.  28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation.  I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [57]. Accordingly, this case is dismissed. In addition, the Court denies a certificate of appealability.

IT IS SO ORDERED.

DATED this 30 day of March, 2015.

MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER